WILLIAM K. HARRINGTON
United States Trustee for Region 2
Office of the United States Trustee
201 Varick Street, Room 1006
New York, NY 10014
Tel. (212) 510-0500
By:     Andrea B. Schwartz, Trial Attorney

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re                                                                                  :          Case No. 18-12425 (MG)
                                                                                            :
Aralez Pharmaceuticals US Inc., *et al.*,                        :          (Jointly Administered)
                                                                                            :
                                        Debtors.                              :
---------------------------------------------------------------x

## NOTICE OF APPOINTMENT OF OFFICIAL
## COMMITTEE OF UNSECURED CREDITORS

William K. Harrington, United States Trustee for Region 2, pursuant to Section 1102(a) of title 11, United States Code, hereby appoints the following unsecured creditors that are willing to serve on the Official Committee of Unsecured Creditors of Aralez Pharmaceuticals US Inc. and its affiliated debtors-in-possession:

1. AstraZeneca AB
   151 85 Södertälje, Sweden
   302.886.6931
   Attn.: Adiah Reid, Senior Counsel
   Adiah.reid@astrazeneca.com

2. Greyhealth Group
   200 Fifth Avenue, 5th Floor
   New York, New York 10010
   212.886.3435
   Attn.: George Liggett, U.S. Chief Financial Officer
   George.liggett@ghggroup.com

3. QPharma, Inc.
   22 South Street
   Morristown, New Jersey 07960
   973.525.3137
   Attn.: Jonathan C. Wright, Chief Legal Officer
   Jonathan.wright@qpharmacorp.com

4. Mr. Rigoberto A. Canal
   888 Gainsway Road
   Yardley, Pennsylvania 19067
   786.395.2117
   rigocanal@gmail.com

5. Ms. Keira Collins
   42 Capitol Place
   Rensselaer, New York 12144
   518.466.8393
   mkschroon@nycap.ess.com

Dated: New York, New York
       August 27, 2018

                                       WILLIAM K. HARRINGTON
                                       UNITED STATES TRUSTEE

By:   */s/ Andrea B. Schwartz*
       Andrea B. Schwartz
       Trial Attorney
       Office of the United States Trustee
       201 Varick Street, Room 1006
       New York, NY 10014
       Tel. (212) 510-0500