**BROWN RUDNICK LLP**
Robert J. Stark
Howard S. Steel
7 Times Square
New York, NY  10036
Telephone:  (212) 209-4800
Facsimile:  (212) 209-4801

*Proposed Counsel to the Official Committee of Unsecured Creditors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | Chapter 11 |
|  | Case No. 18-12425 (MG) |
| Aralez Pharmaceuticals US Inc., et al,[1] | (Jointly Administered) |
| Debtors. |  |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Sections 102(1) and 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), the law firm of Brown Rudnick LLP hereby enters its appearance in the above-referenced chapter 11 cases (the "Chapter 11 Cases") as proposed counsel to the Official Committee of Unsecured Creditors (the "Official Committee"), and hereby requests that all notices given or required in the Chapter 11 Cases, and all documents, and all other papers served in the Chapter 11 Cases, be given to and served upon the following:

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's federal taxpayer identification number and/or its equivalent are as follows: Aralez Pharmaceuticals Holdings Limited (5824); Aralez Pharmaceuticals Management Inc. (7166); POZEN Inc. (7552); Aralez Pharmaceuticals Trading DAC (1627); Aralez Pharmaceuticals US Inc. (6948); Aralez Pharmaceuticals R&D Inc. (9731); Halton Laboratories LLC (9342). For the purposes of these chapter 11 cases, the Debtors' mailing address is: 400 Alexander Park Drive, Princeton, NJ  08540.

**BROWN RUDNICK LLP**
7 Times Square
New York, NY 10036
Attn: Robert J. Stark, Esq.
Attn: Howard S. Steel, Esq.
Telephone: (617) 856-8200
Facsimile: (617) 856-8201
E-mail: rstark@brownrudnick.com
E-mail: hsteel@brownrudnick.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the provisions of the Bankruptcy Code and Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronically or otherwise, which affects or pertains to the Debtors, the property of the Debtors or their chapter 11 estates.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim or suit shall waive any rights of the Official Committee (1) to have final orders in non-core matters entered only after *de novo* review by a United States District Court, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) to have a United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, defenses, setoffs or recoupments to which the Indenture Trustee is, or may be, entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

[Remainder of page intentionally left blank.]

| | |
|---|---|
| Dated: August 27, 2018<br>New York, New York | **BROWN RUDNICK LLP**<br><br>By: /s/ *Robert J. Stark*<br>Robert J. Stark<br>Howard S. Steel<br>7 Times Square<br>New York, NY  10036<br>Telephone:  (617) 856-8200<br>Facsimile:   (617) 856-8201<br>E-mail: rstark@brownrudnick.com<br>E-mail: hsteel@brownrudnick.com<br><br>*Proposed Counsel to the Official Committee of Unsecured Creditors* |

63129182 v1