**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
In re:                                                              :         Chapter 11
                                                                         :
Aralez Pharmaceuticals US Inc., *et al.*,[1]         :         Case No. 18-12425 (MG)
                                                                         :
                               Debtors.                         :         (Jointly Administered)
---------------------------------------------------------x

**ORDER EXTENDING DEBTORS' EXCLUSIVE PERIODS**
**IN WHICH TO FILE CHAPTER 11 PLAN AND SOLICIT ACCEPTANCES**
**THEREOF PURSUANT TO SECTION 1121(d) OF THE BANKRUPTCY CODE**

Upon the motion (the "Motion")[2] of the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") for entry of an order, pursuant to section 1121(d) of title 11 of the United States Code, as supplemented by Rule 9006(b)(1) of the Federal Rules of Bankruptcy Procedure, extending the Debtors' exclusive periods to file a plan of reorganization and to solicit acceptances thereof; and due and sufficient notice of the Motion having been given as set forth in the Motion; and it appearing that no other or further notice need be provided; and the Court having found and concluded that the Debtors have established sufficient cause to extend their Exclusive Periods as provided herein; and it appearing that the relief requested by the Motion and granted herein is in the best interests of the Debtors' estates, their creditors and other parties in interest, it is hereby

---

[1]    The Debtors in these chapter 11 cases and the last four digits of each Debtor's federal taxpayer identification number are as follows:  Aralez Pharmaceuticals Holdings Limited (5824); Aralez Pharmaceuticals Management Inc. (7166); POZEN Inc. (7552); Aralez Pharmaceuticals Trading DAC (1627); Aralez Pharmaceuticals US Inc. (6948); Aralez Pharmaceuticals R&D Inc. (9731); Halton Laboratories LLC (9342).  For purposes of these chapter 11 cases, the Debtors' mailing address is Aralez Pharmaceuticals, c/o Prime Clerk LLC, P.O. Box 329003, Brooklyn, NY 11232.

[2]    Capitalized terms used but not defined herein have the meanings given to them in the Motion.

ORDERED that:

1. The Motion is granted to the extent provided herein.

2. The Debtors' Exclusive Filing Period shall be extended by sixty (60) days through and including February 6, 2019.

3. The Debtors' Exclusive Solicitation Period shall be extended by sixty (60) days through and including April 8, 2019.

4. The entry of this Order is without prejudice to the rights of the Debtors to request further extensions of the Exclusive Periods under section 1121 of the Bankruptcy Code or to seek other appropriate relief.

5. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6. All time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

7. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

**IT IS SO ORDERED.**
Dated: December 11, 2018
    New York, New York

          **_/s/ Martin Glenn_**
          MARTIN GLENN
    United States Bankruptcy Judge