UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Aralez Pharmaceuticals US Inc., et al.,[1] | : | Case No. 18-12425 (MG) |
| | : | |
| Debtors. | : | (Jointly Administered) |

**CHAPTER 11 CLOSING REPORT FOR**
**ARALEZ PHARMACEUTICALS US INC. AND ITS AFFILIATED DEBTORS**[2]

To the best of my knowledge and belief, the following is a breakdown in this case:

**FEES AND EXPENSES (from case inception)**:[3]

$8,212,731.00 FEE for ATTORNEY for DEBTORS

$11,183,624.83 OTHER PROFESSIONAL FEES and ALL EXPENSES

---

1 The debtors and the last four digits of each of their respective federal taxpayer identification numbers are as follows: Aralez Pharmaceuticals US Inc. (6948); Aralez Pharmaceuticals Holdings Limited (5824); Aralez Pharmaceuticals Management Inc. (7166); POZEN Inc. (7552); Aralez Pharmaceuticals Trading DAC (1627); Aralez Pharmaceuticals R&D Inc. (9731); Halton Laboratories LLC (9342) (the "**Debtors**").

2 This report is consolidated to reflect the chapter 11 cases of all Debtors. Pursuant to orders of the Court dated June 28, 2019 and October 2, 2019 [Docket Nos. 711 and 743], final decrees have been entered closing all of the Debtors' cases.

3 The fees and expenses listed herein have been approved, on a final basis, pursuant to the Bankruptcy Court's *Order Granting Applications for Allowance of Final Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period August 10, 2018 Through May 17, 2019* dated August 1, 2019 [Docket No. 737]: (i) Baily Homan Smyth McVeigh, Fees Awarded: $12,369.19, Expenses Awarded: $0.00; (ii) Berkeley Research Group, LLC, Fees Awarded: $585,796.50, Expenses Awarded: $0.00; (iii) Brown Rudnick LLP, Fees Awarded: $2,778,647.45, Expenses Awarded: $60,623.12; (iv) Dundon Advisers LLC, Fees Awarded: $133,964.21, Expenses Awarded: $0.00; (v) McMillan LLP, Fees Awarded: $109,615.43, Expenses Awarded: $2,046.95; (vi) Willkie Farr & Gallagher LLP, Fees Awarded: $8,212,731.00, Expenses Awarded: $237,040.61; (vii) Prime Clerk LLC, Fees Awarded: $22,922.10, Expenses Awarded: $20.00; (viii) RSM US LLP, Fees Awarded: $390,864.00, Expenses Awarded: $0.00; (ix) Moelis & Company LLC, Fees Awarded: $4,587,500.00, Expenses Awarded: $32,963.79; (x) Alvarez & Marsal Healthcare Industry Group, LLC, Fees Awarded: $1,993,181.65, Expenses Awarded: $12,318.41; (xi) RSM Ireland Business Advisory Limited, Fees Awarded: $54,717.42, Expenses Awarded: $0.00; (xii) Ernst & Young LLP, Fees Awarded: $154,465.00, Expenses Awarded: $13,975.00; (xiii) Official Committee of Unsecured Creditors, Fees Awarded: $0.00, Expenses Awarded: $593.70.

_____N/A____ TRUSTEE FEE (if applicable)

_____N/A____ FEE for ATTORNEY for TRUSTEE (if applicable)

---

_____N/A____ % DIVIDEND TO BE PAID

_____N/A____ FUTURE DIVIDENDS

---

_____X______ SUBSTANTIALLY ALL DISTRIBUTIONS UNDER THE PLAN COMPLETED

_____X______ OTHER: All corporate and other documents required to be executed in connection with consummation of the Plan were executed.

---

Dated: October 14, 2019
New York, New York

WILLKIE FARR & GALLAGHER LLP
*Counsel for the Debtors*

By: /s/ Paul V. Shalhoub
Paul V. Shalhoub
Debra C. McElligott

787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111